**Beulah SEITZ**

v.

**L & R INDUSTRIES, INC. (PALCO PRODUCTS DIVISION).**

No. 79–61–A.

Supreme Court of Rhode Island.

May 21, 1981.

Lovett & Linder, Raul L. Lovett, Lauren E. Jones, Providence, for plaintiff.

Gunning, LaFazia & Gnys, Raymond A. LaFazia, Providence, for defendant.

ORDER

The petition for reargument is hereby granted, R.I., 428 A.2d 788. This case is assigned to the October, 1981 calendar for oral argument.

ORDER

The petitioners here seek certiorari to review a Superior Court order denying their request for a preliminary injunction, and they further ask that we temporarily enjoin the issuance of a Fresh Water Wetlands permit pending action on this petition. However, upon review of the papers herein, we note that the parties in this case have stipulated that the Superior Court order denying injunctive relief is to be treated as a denial of relief on the merits. In view of this stipulation, the order entered below is final, and a final order of the Superior Court sitting in equity is appealable and thus not reviewable by certiorari.

Accordingly, the petition for certiorari and motion for injunctive relief are hereby denied without prejudice to petitioners' renewing their request for injunctive relief in a proper appellate proceeding.

**Dr. Peter BAUTE et al.**

v.

**Peter M. JANAROS, P.E. et al.**

v.

**WARWICK SOUTH 95, INC. et al.**

No. 81–330–M.P.

Supreme Court of Rhode Island.

July 2, 1981.

Edwards & Angell, William P. Robinson III, David L. Mayer, Providence, for petitioners.

Charles E. Di Leva, Legal Counsel, Department of Environmental Management, for respondents.

Hector D. Laudati, Providence, for intervenors.

**Joseph BENOIT**

v.

**R. I. CATHOLIC ORPHAN ASYLUM et al.**

No. 81–270–A.

Supreme Court of Rhode Island.

July 2, 1981.

Fred Volpe, Providence, for plaintiff.

Hinckley, Allen, Salisbury & Parsons, Paul V. Curcio, Providence, for defendants.

ORDER

The defendants' motion to supplement the record as prayed is granted.